**No. 39940.**—Protest 959123–G of Phoenix Candy Co. (New York).

Opinion by KINCHELOE, J. It was established that the merchandise consists of wax-coated paper used for wrapping candy, similar to that passed upon in Abstract 39765. The claim at 3 cents per pound and 15 percent ad valorem under paragraph 1405 was therefore sustained.